IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| ERIC COGDELL, individually and on behalf of other similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>FRAZEE CONSTRUCTION CO INC., and DALE STEPHENS FRAZEE, individually,<br><br>  Defendants. | Case No.: 4:17-cv-00042-HLM-WEJ |

## JOINT STIPULATION FOR DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), by and through the undersigned counsel, agree that the above-styled action of the Plaintiffs against Defendants be dismissed with prejudice with each party to bear their own attorneys' fees and costs. Plaintiffs have been paid in full without compromise. As a result, there is no need for judicial review. *See Bonetti v. Embarq Management Co.*, 2009 U.S. Dist. LEXIS 68075 at *11-12 (M.D. Fla. Aug. 4, 2009).

## CERTIFICATION OF FONT SIZE

Pursuant to Local Rule 5.1(B) of the Local Rules of the United States District Court for the Northern District of Georgia, the Parties, hereby certify that the foregoing is typewritten using Times New Roman font, 14 point type.

Respectfully submitted on this 7th day of July, 2017.

*s/* **CARLOS V. LEACH**
Carlos V. Leach, Esq.
Ga. Bar No.:  488443
**MORGAN & MORGAN, P.A.**
191 Peachtree Street, N.E., Suite 4200
Post Office Box 57007
Atlanta, Georgia 30343-1007
Direct:       (404)  496-7295
Main:         (404)  965-8811
Facsimile:   (404)  965-8812
Email:  CLeach@forthepeople.com
***Attorneys for Plaintiffs***

s/ **JEFFREY M. HOOD**
Jeffrey M. Hood, Esq.
Georgia Bar No.: 364959
**HOOD LAW FIRM, LLC**
102 COURT ST.
Calhoun, Georgia 30701
Tel:  (770) 602-0602
Fax:  (706) 602-0212
Email: Jeff@hoodlawllc.com
***Attorney for Defendant Frazee Construction Co, Inc.***

s/ **LANCE T. MCCOY**
Lance T. McCoy, Esq.
Georgia Bar No. 486215
**MCCOY LAW FIRM, LLC.**
775 West Ave E.,
Cartersville, GA 30120
Tel:  (770) 382-0984
Fax:  (770) 382-3679
Email: lmccoy@moccoylawfirm.biz
***Attorney for Defendant Dale Stephens Frazee***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 7th day of July, 2017, I electronically filed the foregoing **JOINT STIPULATION FOR DISMISSAL** with the Clerk of Court using the CM/ECF system which will provide copies to all counsel of record.

    **s/ CARLOS V. LEACH**
Carlos V. Leach, Esq.
Georgia Bar No.: 488443
**MORGAN & MORGAN, P.A.**
E-mail: CLeach@forthepeople.com